IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WELLS FARGO BANK, N.A. TRUSTEE
POOLING AND SERVICING AGREEMENT
DATED AS OF APRIL 1, 2005 ASSET-BACKED    CASE NUMBER:1:11-cv-4330
PASS-THROUGH CERTIFICATES SERIES 2005-
WHQ2

PLAINTIFF

VS.                                        DISTRICT JUDGE: Gary Feinerman

KIMBERLY KAVANAGH, ARGENT                  MAGISTRATE JUDGE: Jeffrey T. Gilbert
MORTGAGE COMPANY, LLC,

DEFENDANT(S).

## ORDER

THIS CAUSE comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

PARCEL 1:
UNIT 43 1-1 IN THE GARDEN GATE CONDOMINIUMS, AS DELINEATED ON A PLAT OF SURVEY OF THE FOLLOWING TRACT OF LAND:
LOTS 1, 2 AND 3 AND THE EAST 25.77 FEET OF LOT 4 (EXCEPT THE WEST 10 FEET THEREOF) IN BLOCK 4 IN THE VILLAGE OF RIDGELAND, A SUBDDIVISION OF THE EAST 1/2 OF THE EAST 1/2 OF SECTION 7 AND THE NORTHWEST 1/4 AND THE WEST 1/2 OF THE WEST 1/2 OF THE SOUTHWEST 1/4 OF SECTION 8, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.
WHICH SURVEY IS ATTACHED AS EXHIBIT "D" TO THE DECLARATION OF CONDOMINIUM RECORDED NOVEMBER 22, 2004 AS DOCUMENT NUMBER 0432744069, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS.
PARCEL 2:
THE EXCLUSIVE RIGHT TO USE STORAGE SPACE S431-1. A LIMITED COMMON ELEMENT. AS DEFINED AND SET FORTH IN SAID DECLARATION OF CONDOMINIUM RECORDED NOVEMBER 22, 2004 AS DOCUMENT NUMBER 0432744069.

Commonly known as 431 N. Lombard, Unit #1, Oak Park, IL 60302
Property Index No. 16-08-102-022-1021

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That personal service was had against the Borrower Defendant(s), Kimberly Kavanagh;

That the real property that is the subject matter of the instant proceeding is a single family residence;

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That Judicial Sales Corporation, hereinafter "Special Commissioner," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified, and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

That Plaintiff is granted a deficiency judgment in the amount of $0.00 against Defendant, Kimberly Kavanagh ONLY pursuant to 735 ILCS 5/15-1508(e) and 735 ILCS 5/15-1511;

735 ILCS 5/9-117 is not applicable in this order entered pursuant to Article 15 (IMFL).

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

WELLS FARGO BANK, N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of April 1, 2005 Asset-Backed Pass-Through Certificates Series 2005-WHQ2
1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
877-596-8580

IT IS FURTHER ORDERED:

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provisioned in 735 ILCS 5/15-1701;

That the Sheriff of Cook County is directed to evict and dispossess Kimberly Kavanagh from the premises commonly known as 431 N. Lombard, Unit #1, Oak Park, IL 60302.

The Sheriff cannot evict until 30 days after the entry of this order.

IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

A copy of this order shall be sent via regular mail to all defendants within 7 days.

Dated: 7/26/12                             Entered: _____
                                                      Judge

JAMES N. PAPPAS  #6291873
Burke Costanza & Carberry LLP
225 W. Washington St, Suite 2200
Chicago, IL 60606
(219) 769-1313